**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00172-PAB-CBS

MUNDER ASSET ALLOCATION FUND - BALANCED, et al.,

      Plaintiffs,

v.

JOSEPH P. NACCHIO and
ROBERT S. WOODRUFF,

      Defendants.

___

## MINUTE ORDER

___

**Order Entered by Judge Philip A. Brimmer**

      This matter is before the Court on defendants' Emergency Motion to Strike Plaintiffs' Submissions in Opposition to Defendants' Motions to Dismiss the Complaint, or, in the Alternative, to Extend the Time for Defendants to File a Reply [Docket No. 23]. The Court has reviewed the motion and is fully advised in the premises.  It is

      **ORDERED** that defendants' motion to strike [Docket No. 23] is GRANTED in part and DENIED in part.  The motion is granted to the extent it requests an extension of time for defendants to file a reply brief in support of their motions to dismiss.  The motion is denied to the extent that it requests that the Court strike plaintiffs' response briefs to the motions to dismiss.  Defendants shall file their reply brief on or before August 7, 2009.

      DATED July 14, 2009.