IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Action No. 09-cv-00172-PAB-CBS

MUNDER ASSET ALLOCATION FUND - BALANCED,
MUNDER LARGE-CAP GROWTH FUND, f/k/a Munder Multi-Season Growth Fund,
MUNDER INTERNET FUND,
MUNDER INDEX 500 FUND, and
MUNDER INSTITUTIONAL S&P 500 INDEX EQUITY FUND,

    Plaintiffs,

v.

JOSEPH P. NACCHIO and
ROBERT S. WOODRUFF,

    Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulation of Dismissal [Docket No. 30]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED November 20, 2009.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge